Thomas Goolsby
993 NEighborly ln.
Ramona, CA 92065
Plaintiff, Pro-Se

RE: Goolsby V. County of San Diego, 3:17-CV-00564-WQH-NLS
CHANGE OF ADDRESS

PLease TAke Notice: Plaintiff Thomas Goolsby's address has changed. PLease Send all future documents to:

Thomas Goolsby
993 NEighborly lane
Ramona, CA 92065

Service at any other address will be Invalid.

Dated: June 26, 2019

Respectfully,

Thomas Goolsby

Thomas Goolsby

FILED Jul 03 2019 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY s/ JenniferS DEPUTY