UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
333 WEST BROADWAY, SUITE 420
SAN DIEGO, CALIFORNIA 92101

OFFICIAL BUSINESS



U.S. POSTAGE >> PITNEY BOWES

ZIP 91950 $ 000.50⁰
02 4W
0000343406 JUL 02 2019

☐ Undeliverable as Addressed
☐ Moved Left No Address
☐ Unclaimed
☐ Refused
☐ Attempted, Not Known
☐ No Such Street
☐ No Such Number
☐ No Receptacle
☐ Deceased
☐ Vacant

**Thomas Goolsby**
19736059
GBDF 5A-113
446 Alta Road, #5300
San Diego, CA 92158