THOMAS E. MONTGOMERY, County Counsel (State Bar No. 109654)
County of San Diego
By MELISSA HOLMES, Senior Deputy (SBN 220961)
   ALEXA F. KATZ, Deputy (SBN 317968)
   JENNIFER M. MARTIN, Deputy (SBN 322048)
1600 Pacific Highway, Room 355
San Diego, California 92101
Telephone: (619) 531-5836; Fax: (619) 531-6005
E-mail: melissa.holmes@sdcounty.ca.gov

Attorneys for Defendant County of San Diego

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS GOOLSBY,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN DIEGO, et al.<br><br>    Defendants. | No. 17cv00564-WQH- (NLS)<br><br>**NOTICE OF PARTIAL RESOLUTION OF DISCOVERY DISPUTE PURSUANT TO ECF NO. 130**<br><br>Judge: Hon. Nita L. Stormes |

Defendant, County of San Diego ("County"), submits this Notice of Partial Resolution of Discovery Dispute pursuant to this Court's Order Setting Briefing Schedule (ECF No. 130) for Plaintiff's motion titled Joint Motion for Determination of Discovery Dispute No. 2 (ECF No. 128).

## MEET AND CONFER

On July 8, 2019, counsel for the County conferred with Plaintiff by telephone regarding the County's responses to Plaintiff's discovery, Sets Three and Four. During the call, Plaintiff confirmed that the issues raised in his discovery motion (ECF No. 128) regarding Request for Production of Documents, Set Three, Request Nos. 117, 119, 120, 121, 123, 124, 125, 127, 128, 129, 131, 132, and 171 had already been resolved.

During the meet and confer, the County also agreed to provide further responses to Request for Admissions, Set Three (Nos. 22, 23, and 25), Special Interrogatories, Set

Three (No. 22), Requests for Production, Set Three (Nos. 118, 122, 126, 130, 139, 142, 143, 166, 167, 168, 169, and 170), and Requests for Production, Set Four (Nos. 173-183) to address the issues raised by Plaintiff and narrow the issues for motion to compel. On July 25, 2019, the County served amended responses.

## RESOLUTION AND REMAINING ISSUES

As a result of the meet and confer and the subsequent amended responses, the County believes the following discovery requests are no longer in dispute:

- Request for Production of Documents, Set Three.
    - Request Nos. 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129, 130, 131, 132, and 171.  The responsive documents have been produced.
    - Request No. 143.  The County performed the search discussed with Plaintiff at the meet and confer and produced responsive documents.
    - Request No. 166.   The County clarified the wording of the response as requested by Plaintiff at the meet and confer.
    - Request Nos. 167, 168, 169, and 170.  During the meet and confer, Plaintiff clarified the portions of the manuals he was seeking.  The County then reviewed the manuals and produced relevant portions.

As a result of the meet and confer and the subsequent amended responses, the County believes that the majority of the issues raised by the Plaintiff regarding the following discovery requests are no longer in dispute:

- Request for Production of Documents, Set Four:
    - Request Nos. 173-183.  The County revised these responses to address the Plaintiff's concerns regarding privilege and the nature of the search conducted.

As a result of the above, the following discovery requests and issues remain to be addressed in the Motion to Compel:

///

Set Three:

- Request for Production of Documents, Set Three, Request No. 142.
- Request for Admissions, Set Three, Request Nos. 22, 23, and 25.
- Special Interrogatories, Set Three, Request No. 22.

Set Four:

- Request for Production of Documents, Set Four, Request Nos. 173-183.  The sole issue is whether the County is required to search the personal devices of the County employees listed in these requests.

DATED: July 26, 2019  THOMAS E. MONTGOMERY, County Counsel

By: s/JENNIFER M. MARTIN, Deputy
Attorneys for Defendant County of San Diego